## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
**Judge William J. Martínez**

Civil Case No. 10-cv-03097-WJM-CBS

JOHN L. MARTIN

      Plaintiff,

v.

SKYWEST AIRLINE, INC.

      Defendant.

---

## ORDER GRANTING STIPULATED MOTION TO DISMISS

---

This matter comes before the Court on the Parties' Stipulated Motion to Dismiss filed April 27, 2012 (ECF No. 26).  The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Parties' Stipulated Motion to Dismiss is GRANTED.  The above-captioned matter is DISMISSED WITH PREJUDICE.  Each party shall pay his or its own attorney's fees and costs.

Dated this 27th day of April, 2012.

BY THE COURT:

_____
William J. Martínez
United States District Judge